■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD L. HOPE, JR., Appellant. [646 NYS2d 468] — Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Pine, Fallon, Callahan and Balio, JJ.